**No. 47714.**—Protests 740916–G, etc., of Mexican American Hat Co. et al. (St. Louis).

Opinion by Tilson, J.  In accordance with stipulation of counsel that the merchandise consists of "8-bu paper hats" similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the claim at only 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 47715.**—Protests 44662–K, etc., of A. D. Cohen Co., Inc. (New York).

Opinion by Tilson, J.  It was stipulated that certain items consist of racello hats or hoods, not bleached, dyed, colored, or stained, and not blocked or trimmed, the same as those involved in Abstract 47291.  They were therefore found to be not bleached and held dutiable at only 25 percent ad valorem under paragraph 1504 (b) (1), as claimed.

**No. 47716.**—Petition 6121–R of Cargill, Inc. (Buffalo).

Opinion by Tilson, J.  From the testimony of the chief clerk in the employ of the petitioner herein and that of the appraiser, the court was of the opinion that in entering the merchandise at a value less than that found on final appraisement the petitioner was without intent to deceive the Government officials or to conceal or misrepresent the facts of the case.  The petition was therefore granted.

**No. 47717.**—Protests 832579–G, etc., of Lorraine Fibre Mills et al. (New York).

Opinion by Kincheloe, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 12, 1942

**No. 47718.**—Protest 85588–K of New York Merchandise Co., Inc. (New York).

Opinion by Walker, J.  In accordance with stipulation of counsel that certain of the brushes in question are similar to those the subject of *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30), the claim at 50 percent ad valorem under paragraph 1506 was sustained.